IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROXANNE BEST                                                                                           PLAINTIFF

v.                                         No. 4:13-cv-1-DPM

CHARLES HOLLADAY;
CARL JOHNSON, individually and in
his official capacity; RANDY MORGAN;
JOHN DOES, 1-100, individually and in
their official capacities; RACHEL HOLMES,
individually and in her official capacity;
R HALE, individually and in his official
capacity; DONNA WASHBURN, individually
and in her official capacity; MELISSA GRIMES;
and MAXIM HEALTHCARE SERVICES INC.                                   DEFENDANTS

ORDER

Best's motion to stay response time, № 23, is granted. Best has done enough, early in the case, to show that, by taking Dr. Johnson's and the nurses' depositions, she may uncover facts essential to maintaining her claims against the doctor. FED. R. CIV. P. 56(d); *Chambers v. Travelers Companies, Inc.*, 668 F.3d 559, 568 (8th Cir. 2012). Best's deadline for responding to Dr. Johnson's motion for summary judgment, № 20, is stayed until 16 December 2013. Between now and then, she must do focused discovery about Dr. Johnson's role, if any, in Best's care and treatment.

-2-

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

__9 October 2013__