IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROXANNE BEST                                              PLAINTIFF

v.                         No. 4:13-cv-1-DPM

CHARLES HOLLADAY;
CARL JOHNSON, individually and in
his official capacity; RANDY MORGAN;
JOHN DOES, 1-100, individually and in
their official capacities; RACHEL HOLMES,
individually and in her official capacity;
R HALE, individually and in his official
capacity; DONNA WASHBURN, individually
and in her official capacity; MELISSA GRIMES;
and MAXIM HEALTHCARE SERVICES INC.              DEFENDANTS

## ORDER

1. The unopposed motion for voluntary dismissal, № 38, is granted. Best's claims against Rachel Holmes, R. Hale, and Maxim Healthcare Services, Inc. are dismissed without prejudice. FED. R. CIV. P. 41(a)(2).

2. The unopposed motion for an extension, № 40, is granted. Dr. Johnsons's reply due by 7 March 2014.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 February 2014