IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROXANNE BEST**                                                                                     PLAINTIFF

v.                                    No. 4:13-cv-1-DPM

**CHARLES HOLLADAY; CARL JOHNSON,**
**individually and in his official capacity;**
**RANDY MORGAN, individually and in his**
**official capacity; JOHN DOES, 1-100,**
**individually and in their official capacities;**
**DONNA WASHBURN, individually and in**
**her official capacity; and MELISSA GRIMES**                              DEFENDANTS

ORDER

Motion to withdraw, № 43, granted. Motion for summary judgment, № 20, withdrawn. The Court appreciates counsel's candor and respect for the Court's time.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 February 2014