IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROXANNE BEST**                                         **PLAINTIFF**

v.                     No. 4:13-cv-1-DPM

**CHARLES HOLLADAY, in his official
capacity; CARL JOHNSON, individually
and in his official capacity; RANDY MORGAN,
individually and in his official capacity; and
DONNA WASHBURN, individually and in her
official capacity**                                  **DEFENDANTS**

### ORDER

Unopposed motion, № 49, granted. All of Best's federal law claims are dismissed without prejudice. The Court declines jurisdiction over the remaining pendent state-law claims, 28 U.S.C. § 1367(c). The Court remands those claims to the Pulaski County Circuit Court.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 May 2014